# EXHIBIT D

**EXHIBIT D**
**Applications of U.S. Patent No. 11,040,818 to the TemperPack ClimaCell**

|  | Claim Term | TemperPack ClimaCell |
|---|---|---|
| 1pre | A thermal insulation article for placement in a shipping container to hold an item, comprising: | TemperPack and its customers and end-users directly infringe this claim under 35 U.S.C. § 271(a), literally and/or under the doctrine of equivalents, by making, using, selling, offering for sale, and/or importing ClimaCell into the United States.<br><br>TemperPack indirectly infringes this claim under U.S.C. § 271(b), by making, using, offering for sale, and selling ClimaCell in the United States without authority. TemperPack induces its customers and/or end-users to infringe this claim at least by encouraging, instructing, and aiding one or more persons in the United States, including but not limited to TemperPack's customers and end-users to make and use ClimaCell in a manner that infringes this claim. TemperPack knew or should have known that its actions would induce infringement of this claim.<br><br>TemperPack also indirectly infringes this claim under U.S.C. § 271(c), by selling, offering for sale, and/or importing ClimaCell into the United States, with the knowledge that ClimaCell is a material component especially made or adapted for use in a shipping container in a manner that would infringe this claim. ClimaCell is not a staple article of commerce capable of substantial noninfringing use.<br><br>To the extent the preamble is construed to be limiting, TemperPack, its customers, and/or its end-users place ClimaCell into a thermal insulation article for placement in a shipping container to hold an item. |

1

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.temperpack.com/climacell<br><br>TemperPack tests the thermal performance of ClimaCell in shipping containers holding an item in its in-house thermal transport lab. |

2

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.temperpack.com/wp-content/uploads/2020/02/Wine_Food_Catalog_Packet_v1.0-1.pdf |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | <br>https://www.temperpack.com/ready-engineered-solutions/ |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | <br>https://www.temperpack.com/lab/<br><br>TemperPack provides samples of ClimaCell in shipping containers. |

5

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | <br><br>https://www.temperpack.com/wp-content/uploads/2020/02/Wine_Food_Catalog_Packet_v1.0-1.pdf<br><br>https://www.youtube.com/watch?v=ozlFBu2xt6o<br><br>TemperPack offers pre-kitted systems to customers. |

6

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | 
https://www.temperpack.com/wp-content/uploads/2020/02/Wine_Food_Catalog_Packet_v1.0-1.pdf
https://www.temperpack.com/perishables/wine-shipping/ |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | TemperPack's customers and end-users receive TemperPack's ClimaCell and place them into shipping containers for shipping items.<br><br><br><br>https://www.temperpack.com/climacell<br><br>**HIGH THERMAL PERFORMANCE**<br>Want to move away from EPS foam without changing your pack-out? You can keep your current coolant configuration in a ClimaCell cooler, which performs just like EPS foam.<br><br>**LOW COST STRUCTURE**<br>Sustainability is great, but at the end of the day, we understand that budget is always a factor. ClimaCell systems are on par with EPS in cost.<br><br>**PACKS AND SHIPS FLAT**<br>ClimaCell packs flat and is easy to assemble, which means lower inbound and storage costs. Pre-kitted systems are available upon request.<br><br>https://www.temperpack.com/wp-content/uploads/2020/02/Wine_Food_Catalog_Packet_v1.0-1.pdf |

8

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.temperpack.com/wp-content/uploads/2020/02/Wine_Food_Catalog_Packet_v1.0-1.pdf |

9

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.temperpack.com/climacell https://www.temperpack.com/climacell/ |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | TemperPack encourages, aids, and instructs its customers and end-users to make, use, sell or offer to sell ClimaCell in a manner that infringes this claim, at least through on-site training and product documentations, including "Hi-Fi Packout Diagrams."  https://www.temperpack.com/ready-engineered-solutions/  https://www.temperpack.com/wp-content/uploads/2020/02/Wine_Food_Catalog_Packet_v1.0-1.pdf |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | <br>https://www.temperpack.com/ready-engineered-solutions/ |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | <br>https://www.temperpack.com/wp-content/uploads/2020/10/LargeSummerPackout-scaled.jpg |

13

|  | Claim Term | TemperPack ClimaCell |
|---|---|---|
| 1a | a thermally insulating pad shaped to be positioned in a cavity of a rectangular prism shipping container to be adjacent to and cover one or more of a floor, four side walls and cover of the container while leaving an interior space to receive the item, wherein the pad includes: | TemperPack's ClimaCell includes a thermally insulating pad shaped to be positioned in a cavity of a rectangular prism shipping container to be adjacent to and cover one or more of a floor, four side walls and cover of the container while leaving an interior space to receive the item.  https://www.temperpack.com/climacell  https://www.temperpack.com/wp-content/uploads/2020/02/Wine_Food_Catalog_Packet_v1.0-1.pdf |

14

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | <br>https://vimeo.com/783657542 |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.youtube.com/watch?v=yE8BKA8IfE8 |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.youtube.com/watch?v=g3rVkKr4Lkk |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | <br>https://www.temperpack.com/climacell |
| 1b | a panel formed primarily of starch that holds together as a single unit, wherein the panel comprises one or more rectangular plates dimensioned to substantially span whichever of the floor, plurality of side walls or cover of the container that the one or more rectangular plates are adjacent, and | TemperPack's ClimaCell includes a panel formed primarily of starch that holds together as a single unit, wherein the panel comprises one or more rectangular plates dimensioned to substantially span whichever of the floor, plurality of side walls or cover of the container that the one or more rectangular plates are adjacent.<br><br>ClimaCell uses "starch-based foam" that is "90% corn starch." |

18

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.temperpack.com/climacell <br><br> ClimaCell's panel "holds together as a single unit." |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.youtube.com/watch?v=kBfw1uk3hUo |

20

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.youtube.com/watch?v=ozlFBu2xt6o |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.youtube.com/watch?v=fzCmjeP-t2o |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | <br>https://www.youtube.com/watch?v=VeFyEXsfy9Q<br><br>The panel comprises one or more rectangular plates dimensioned to substantially span whichever of the floor, plurality of side walls or cover of the container that the one or more rectangular plates are adjacent. |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.temperpack.com/climacell <br><br> https://www.temperpack.com/climacell |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |   https://www.temperpack.com/climacell |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.temperpack.com/climacell |

|  | Claim Term | TemperPack ClimaCell |
|---|---|---|
|  |  |  https://www.youtube.com/watch?v=yE8BKA8IfE8 |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | <br>https://www.youtube.com/watch?v=g3rVkKr4Lkk |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| 1c | a compostable or recyclable film formed of paper, wherein the film sandwiches the panel and provides both an interior surface of the pad to face the interior space and an exterior surface of the pad to face the respective floor, plurality of side walls or cover. | TemperPack's ClimaCell includes a compostable or recyclable film formed of paper, wherein the film sandwiches the panel and provides both an interior surface of the pad to face the interior space and an exterior surface of the pad to face the respective floor, plurality of side walls or cover.<br><br>ClimaCell contains a recyclable paper film.<br><br><br><br>https://www.temperpack.com/climacell |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.temperpack.com/feedback/ <br><br> https://www.temperpack.com/feedback/ <br><br> The film sandwiches the panel and provides both an interior surface of the pad to face the interior space and an exterior surface of the pad to face the respective floor, plurality of side walls or cover. |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | |

https://www.wcpsolutions.com/news/climacell-temperature-controlled-packaging/

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.temperpack.com/climacell |