# EXHIBIT E

**EXHIBIT E**
**Applications of U.S. Patent No. 11,358,780 to the TemperPack ClimaCell**

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| 1pre | A thermal insulation article for placement in a shipping container to hold an item, comprising: | TemperPack and its customers and end-users directly infringe this claim under 35 U.S.C. § 271(a), literally and/or under the doctrine of equivalents, by making, using, selling, offering for sale, and/or importing ClimaCell into the United States. |
| | | TemperPack indirectly infringes this claim under U.S.C. § 271(b), by making, using, offering for sale, and selling ClimaCell in the United States without authority. TemperPack induces its customers and/or end-users to infringe this claim at least by encouraging, instructing, and aiding one or more persons in the United States, including but not limited to TemperPack's customers and end-users to make and use ClimaCell in a manner that infringes this claim. TemperPack knew or should have known that its actions would induce infringement of this claim. |
| | | TemperPack also indirectly infringes this claim under U.S.C. § 271(c), by selling, offering for sale, and/or importing ClimaCell into the United States, with the knowledge that ClimaCell is a material component especially made or adapted for use in a shipping container in a manner that would infringe this claim. ClimaCell is not a staple article of commerce capable of substantial noninfringing use. |
| | | To the extent the preamble is construed to be limiting, TemperPack, its customers, and/or its end-users place ClimaCell into a thermal insulation article for placement in a shipping container to hold an item. |

1

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.temperpack.com/climacell <br><br> TemperPack tests the thermal performance of ClimaCell in shipping containers holding an item in its in-house thermal transport lab. |

2

|  | Claim Term | TemperPack ClimaCell |
|---|---|---|
|  |  |  https://www.temperpack.com/wp-content/uploads/2020/02/Wine_Food_Catalog_Packet_v1.0-1.pdf |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | <br>Your one-stop-shop for pack-out design, testing, qualification, and supply.<br>We don't think you should have to coordinate multiple vendors just to ensure all of your shipments are qualified. That's why we integrated our ISTA®-certified lab into our manufacturing process, ensuring every packaging solution you receive from TemperPack meets the specific shipping needs of your shipments.<br>https://www.temperpack.com/ready-engineered-solutions/ |

4

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | https://www.temperpack.com/lab/<br><br>TemperPack provides samples of ClimaCell in shipping containers. |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  |

https://www.temperpack.com/wp-content/uploads/2020/02/Wine_Food_Catalog_Packet_v1.0-1.pdf

https://www.youtube.com/watch?v=ozlFBu2xt6o

TemperPack offers pre-kitted systems to customers.

| | Claim Term | TemperPack ClimaCell | |
|---|---|---|---|
| | |  | |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | TemperPack's customers and end-users receive TemperPack's ClimaCell and place them into shipping containers for shipping items.  https://www.temperpack.com/climacell  **HIGH THERMAL PERFORMANCE** Want to move away from EPS foam without changing your pack-out? You can keep your current coolant configuration in a ClimaCell cooler, which performs just like EPS foam. **LOW COST STRUCTURE** Sustainability is great, but at the end of the day, we understand that budget is always a factor. ClimaCell systems are on par with EPS in cost. **PACKS AND SHIPS FLAT** ClimaCell packs flat and is easy to assemble, which means lower inbound and storage costs. Pre-kitted systems are available upon request. https://www.temperpack.com/wp-content/uploads/2020/02/Wine_Food_Catalog_Packet_v1.0-1.pdf |

8

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | <br>https://www.temperpack.com/wp-content/uploads/2020/02/Wine_Food_Catalog_Packet_v1.0-1.pdf |

9

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  |

https://www.temperpack.com/climacell

https://www.temperpack.com/climacell/

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | TemperPack encourages, aids, and instructs its customers and end-users to make, use, sell or offer to sell ClimaCell in a manner that infringes this claim, at least through on-site training and product documentations, including "Hi-Fi Packout Diagrams."  https://www.temperpack.com/ready-engineered-solutions/  https://www.temperpack.com/wp-content/uploads/2020/02/Wine_Food_Catalog_Packet_v1.0-1.pdf |

11

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | https://www.temperpack.com/ready-engineered-solutions/ |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | https://www.temperpack.com/wp-content/uploads/2020/10/LargeSummerPackout-scaled.jpg |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| 1a | a thermally insulating pad having a thickness between about ¼ and 4 inches and shaped to be positioned in a cavity of a rectangular prism shipping container to be adjacent to and cover one or more of a floor, four side walls and cover of the container while leaving an interior space to receive the item, wherein the pad includes: | TemperPack's ClimaCell includes a thermally insulating pad having a thickness between about ¼ and 4 inches and shaped to be positioned in a cavity of a rectangular prism shipping container to be adjacent to and cover one or more of a floor, four side walls and cover of the container while leaving an interior space to receive the item.  https://www.temperpack.com/climacell  https://www.temperpack.com/wp-content/uploads/2020/02/Wine_Food_Catalog_Packet_v1.0-1.pdf |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://vimeo.com/783657542 |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.youtube.com/watch?v=yE8BKA8IfE8 |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.youtube.com/watch?v=g3rVkKr4Lkk |

17

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | https://www.temperpack.com/climacell<br><br>The pad of TemperPack's ClimaCell has a thickness between about ¼ and 4 inches. |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | <br>https://www.temperpack.com/ready-engineered-solutions/ |
| 1b | a porous non-corrugated panel formed primarily of starch that holds together as a single unit, wherein the panel comprises one or more rectangular plates with each respective plate dimensioned to substantially span whichever of the floor, plurality of side walls or cover of the container | TemperPack's ClimaCell includes a porous non-corrugated panel formed primarily of starch that holds together as a single unit, wherein the panel comprises one or more rectangular plates with each respective plate dimensioned to substantially span whichever of the floor, plurality of side walls or cover of the container that the respective plate is adjacent.<br><br>ClimaCell uses "starch-based foam" that is "90% corn starch." |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | that the respective plate is adjacent, and |  https://www.temperpack.com/climacell <br><br> ClimaCell's panel "holds together as a single unit." |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.youtube.com/watch?v=kBfw1uk3hUo |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.youtube.com/watch?v=ozlFBu2xt6o |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | https://www.youtube.com/watch?v=fzCmjeP-t2o |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.youtube.com/watch?v=VeFyEXsfy9Q ClimaCell comprises a porous panel, containing 96% air. |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.temperpack.com/food-and-life-sciences-companies-make-huge-environmental-impact-switching-to-climacell-in-2019/ |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.youtube.com/watch?v=fzCmjeP-t2o |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | https://www.youtube.com/watch?v=fzCmjeP-t2o<br><br>The panel of TemperPack's ClimaCell is non-corrugated. |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.youtube.com/watch?v=fzCmjeP-t2o <br><br> The panel comprises one or more rectangular plates with each respective plate dimensioned to substantially span whichever of the floor, plurality of side walls or cover of the container that the respective plate is adjacent. |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | https://www.temperpack.com/climacell<br><br>https://www.temperpack.com/climacell |

|  | Claim Term | TemperPack ClimaCell |
|---|---|---|
|  |  |  https://www.temperpack.com/climacell |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.temperpack.com/climacell |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.youtube.com/watch?v=yE8BKA8IfE8 |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.youtube.com/watch?v=g3rVkKr4Lkk |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| 1c | a paper film that sandwiches the panel and provides both an interior surface of the pad to face the interior space and an exterior surface of the pad to face the respective floor, plurality of side walls or cover. | TemperPack's ClimaCell includes a paper film that sandwiches the panel and provides both an interior surface of the pad to face the interior space and an exterior surface of the pad to face the respective floor, plurality of side walls or cover.<br><br>ClimaCell contains a paper film.<br><br><br>https://www.temperpack.com/climacell<br><br>The film sandwiches the panel and provides both an interior surface of the pad to face the interior space and an exterior surface of the pad to face the respective floor, plurality of side walls or cover. |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | <br><br>https://www.wcpsolutions.com/news/climacell-temperature-controlled-packaging/ |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | https://www.temperpack.com/climacell |