# EXHIBIT F

**EXHIBIT F**
**Applications of U.S. Patent No. 11,794,983 to the TemperPack ClimaCell**

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| 17pre | A thermal insulation article for placement in a shipping container to hold an item, comprising: | TemperPack and its customers and end-users directly infringe this claim under 35 U.S.C. § 271(a), literally and/or under the doctrine of equivalents, by making, using, selling, offering for sale, and/or importing ClimaCell into the United States.<br><br>TemperPack indirectly infringes this claim under U.S.C. § 271(b), by making, using, offering for sale, and selling ClimaCell in the United States without authority. TemperPack induces its customers and/or end-users to infringe this claim at least by encouraging, instructing, and aiding one or more persons in the United States, including but not limited to TemperPack's customers and end-users to make and use ClimaCell in a manner that infringes this claim. TemperPack knew or should have known that its actions would induce infringement of this claim.<br><br>TemperPack also indirectly infringes this claim under U.S.C. § 271(c), by selling, offering for sale, and/or importing ClimaCell into the United States, with the knowledge that ClimaCell is a material component especially made or adapted for use in a shipping container in a manner that would infringe this claim. ClimaCell is not a staple article of commerce capable of substantial noninfringing use.<br><br>To the extent the preamble is construed to be limiting, TemperPack, its customers, and/or its end-users place ClimaCell into a thermal insulation article for placement in a shipping container to hold an item. |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | <br><br>https://www.temperpack.com/climacell<br><br>TemperPack tests the thermal performance of ClimaCell in shipping containers holding an item in its in-house thermal transport lab. |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.temperpack.com/wp-content/uploads/2020/02/Wine_Food_Catalog_Packet_v1.0-1.pdf |

3

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | <br>https://www.temperpack.com/ready-engineered-solutions/ |

4

|   | **Claim Term** | **TemperPack ClimaCell** |
|---|---|---|
|   |   |  |

https://www.temperpack.com/lab/

TemperPack provides samples of ClimaCell in shipping containers.

5

|  | Claim Term | TemperPack ClimaCell |
|---|---|---|
|  |  |  https://www.temperpack.com/wp-content/uploads/2020/02/Wine_Food_Catalog_Packet_v1.0-1.pdf<br><br>https://www.youtube.com/watch?v=ozlFBu2xt6o<br><br>TemperPack offers pre-kitted systems to customers. |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  |

|  | **Claim Term** | **TemperPack ClimaCell** |
|--|----------------|--------------------------|
|  |  | TemperPack's customers and end-users receive TemperPack's ClimaCell and place them into shipping containers for shipping items.  https://www.temperpack.com/climacell  https://www.temperpack.com/wp-content/uploads/2020/02/Wine_Food_Catalog_Packet_v1.0-1.pdf |

|  | Claim Term | TemperPack ClimaCell |
|---|---|---|
|  |  |  https://www.temperpack.com/wp-content/uploads/2020/02/Wine_Food_Catalog_Packet_v1.0-1.pdf |

9

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.temperpack.com/climacell <br><br> https://www.temperpack.com/climacell/ |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | TemperPack encourages, aids, and instructs its customers and end-users to make, use, sell or offer to sell ClimaCell in a manner that infringes this claim, at least through on-site training and product documentations, including "Hi-Fi Packout Diagrams."  https://www.temperpack.com/ready-engineered-solutions/  https://www.temperpack.com/wp-content/uploads/2020/02/Wine_Food_Catalog_Packet_v1.0-1.pdf |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.temperpack.com/ready-engineered-solutions/ |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | <br>https://www.temperpack.com/wp-content/uploads/2020/10/LargeSummerPackout-scaled.jpg |

|  | Claim Term | TemperPack ClimaCell |
|---|---|---|
| 17a | a thermally insulating pad shaped to be positioned in a cavity of a rectangular prism shipping container to be adjacent to and cover from two to five of out of a floor, four side walls and cover of the container while leaving an interior space to receive the item, wherein the thermally insulating pad includes | TemperPack's ClimaCell includes a thermally insulating pad shaped to be positioned in a cavity of a rectangular prism shipping container to be adjacent to and cover from two to five of out of a floor, four side walls and cover of the container while leaving an interior space to receive the item.  https://www.temperpack.com/climacell  https://www.temperpack.com/wp-content/uploads/2020/02/Wine_Food_Catalog_Packet_v1.0-1.pdf |

14

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | <br>https://vimeo.com/783657542 |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.youtube.com/watch?v=yE8BKA8IfE8 |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.youtube.com/watch?v=g3rVkKr4Lkk |

|  | **Claim Term** | **TemperPack ClimaCell** |
|---|---|---|
|  |  |   https://www.temperpack.com/climacell |
| 17b | a plurality of panel sections, each panel section comprising a porous layer that holds together as a single unit and is formed primarily of starch, and | TemperPack's ClimaCell includes a plurality of panel sections, each panel section comprising a porous layer that holds together as a single unit and is formed primarily of starch.  ClimaCell includes a plurality of panel sections. |

18

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.temperpack.com/climacell <br><br> ClimaCell uses "starch-based foam" that is "90% corn starch." |

|  | Claim Term | TemperPack ClimaCell |
|---|---|---|
|  |  |  https://www.temperpack.com/climacell <br><br> ClimaCell's panel section each holds together as a single unit. |

|  | **Claim Term** | **TemperPack ClimaCell** |
|---|---|---|
|  |  | https://www.youtube.com/watch?v=kBfw1uk3hUo |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.youtube.com/watch?v=ozlFBu2xt6o |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.youtube.com/watch?v=fzCmjeP-t2o |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.youtube.com/watch?v=VeFyEXsfy9Q <br><br> ClimaCell's panel sections each comprises a porous layer, containing 96% air. |

24

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | https://www.temperpack.com/food-and-life-sciences-companies-make-huge-environmental-impact-switching-to-climacell-in-2019/ |

|  | **Claim Term** | **TemperPack ClimaCell** |
|---|---|---|
|  |  | <br>https://www.youtube.com/watch?v=fzCmjeP-t2o |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.youtube.com/watch?v=fzCmjeP-t2o |
| 17c | a paper film surrounding the plurality of panel sections to prevent water from reaching the panel sections, | TemperPack's ClimaCell includes a paper film surrounding the plurality of panel sections to prevent water from reaching the panel sections.<br><br>ClimaCell contains a paper film. |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | <br><br>https://www.temperpack.com/climacell<br><br>The paper film surrounds the plurality of panel sections to prevent water from reaching the panel sections. |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |   https://www.wcpsolutions.com/news/climacell-temperature-controlled-packaging/ |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  |

https://www.temperpack.com/climacell

https://www.wcpsolutions.com/news/climacell-temperature-controlled-packaging/

|  | Claim Term | TemperPack ClimaCell |
|---|---|---|
|  |  | <br>https://www.temperpack.com/climacell |
| 17d | air in a pocket between the panel sections and the paper film, wherein the pad is scored between the panel sections by compression along a line so as to be foldable into a plurality of rectangular sections dimensioned to substantially span whichever of the floor, plurality of side walls or cover that the | TemperPack's ClimaCell includes air in a pocket between the panel sections and the paper film, wherein the pad is scored between the panel sections by compression along a line so as to be foldable into a plurality of rectangular sections dimensioned to substantially span whichever of the floor, plurality of side walls or cover that the rectangular sections are adjacent.<br><br>Air is present in a pocket between the panel sections and the paper film. |

31

|   | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | rectangular sections are adjacent. | https://www.youtube.com/watch?v=VeFyEXsfy9Q |

|  | Claim Term | TemperPack ClimaCell |
|---|---|---|
|  |  | https://vimeo.com/783657542<br><br>The pad is scored between the panel sections by compression along a line so as to be foldable into a plurality of rectangular sections dimensioned to substantially span whichever of the floor, plurality of side walls or cover that the rectangular sections are adjacent. |

33

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | 

https://www.temperpack.com/climacell

https://www.temperpack.com/climacell |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |  https://www.youtube.com/watch?v=VeFyEXsfy9Q |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | |   https://www.youtube.com/watch?v=VeFyEXsfy9Q |

|  | Claim Term | TemperPack ClimaCell |
|---|---|---|
|  |  | <br>https://www.temperpack.com/climacell |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | <br>https://www.temperpack.com/climacell |

|  | Claim Term | TemperPack ClimaCell |
|---|---|---|
|  |  |  https://www.youtube.com/watch?v=yE8BKA8IfE8 |

| | Claim Term | TemperPack ClimaCell |
|---|---|---|
| | | https://www.youtube.com/watch?v=g3rVkKr4Lkk |