UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

TRANSFER OF CASES

### Transfer Order

In the interest of judicial efficiency and economy, and in accordance with 28 U.S.C. § 137(a)[1],

**IT IS ORDERED** that all civil actions currently assigned to the Honorable T.S. Ellis, III, other than 42 U.S.C. § 1983 prisoner rights cases and habeas cases filed under 28 U.S.C. § 2254, 28 U.S.C. § 2241, and 28 U.S.C. § 2255, be transferred to the Honorable David J. Novak, effective as of the date of this Order.

**IT IS SO ORDERED.**

/s/ _____
Mark S. Davis
CHIEF UNITED STATES DISTRICT JUDGE

Norfolk, Virginia

January 18 , 2024

---

[1] 28 U.S. Code § 137 Division of business among district judges –
(a) In General
The business of a court having more than one judge shall be divided among the judges as provided by the rules and orders of the court.
The chief judge of the district court shall be responsible for the observance of such rules and orders, and shall divide the business and assign the cases so far as such rules and orders do not otherwise prescribe.
If the district judges in any district are unable to agree upon the adoption of rules or orders for that purpose the judicial council of the circuit shall make the necessary orders.