**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| VERICOOL WORLD LLC,<br><br>       Plaintiff,<br><br>v.<br><br>TEMPERPACK TECHNOLOGIES, INC. and<br>TEMPERPACK VIRGINIA, INC.,<br><br>       Defendants. | Civ. Action No. 1:23-cv-01761-DJN-JFA |

**DEFENDANTS TEMPERPACK TECHNOLOGIES, INC. AND TEMPERPACK VIRGINIA, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF STANDING PURSUANT TO FEDERAL RULES OF <u>CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)</u>**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants TemperPack Technologies, Inc. and TemperPack Virginia, Inc. (collectively, "TemperPack") move to dismiss all counts of the complaint filed by Vericool World LLC ("Plaintiff") on the basis that Plaintiff lacks standing to assert the asserted patents. Pursuant to E.D. Va. Loc. Civ. R. 7(F), the grounds for this motion are set forth in the accompanying opening brief filed herewith.

Dated: March 5, 2024

Respectfully submitted,

*/s/ Robert A. Angle*
Robert A. Angle (VSB No. 37691)
robert.angle@troutman.com
Christopher J. Forstner (VSB No. 45375)
christopher.forstner@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Phone: (804) 697-1200
Fax: (804) 698-5124

*Attorneys for TemperPack Technologies, Inc. and TemperPack Virginia, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2024, I electronically filed the foregoing by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Robert A. Angle*