IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

VERICOOL WORLD LLC,
  Plaintiff,

v.                                                    Civil Action No. 1:23cv1761 (DJN)

TEMPERPACK TECHNOLOGIES, INC., and
TEMPERPACK VIRGINIA, INC.,
  Defendants.

## ORDER
### (Denying Motion to Dismiss and Sealing of Memorandum Opinion)

This matter came before the Court on Defendants TemperPack Technologies, Inc. and

TemperPack Virginia, Inc.'s (together, "TemperPack") Motion to Dismiss under Federal Rules

12(b)(1) and 12(b)(6). (ECF No. 18). For the reasons stated in the accompanying Memorandum

Opinion issued this same day, the Court hereby DENIES Defendants' Motion to Dismiss (ECF

No. 18).

The Court further ORDERS the Clerk to file the Memorandum Opinion *under seal*

pending any proposed redactions by the parties. The parties shall file any proposed redactions

within seven (7) days of entry of this Order if they believe that such a need exists. The proposed

narrowly tailored redactions shall be accompanied by a memorandum detailing the "specific

reasons and factual findings supporting [the need] to seal." *Ashcraft v. Conoco, Inc.*, 218 F.3d

282, 288 (4th Cir. 2000). Moreover, any such redactions must comport with the public's

compelling interest in "understand[ing] what has occurred" in this action. *United States ex rel.*

*Oberg v. Nelnet, Inc.*, — F. 4th —, 2024 WL 3033750, at *6 (4th Cir. June 18, 2024). Should

the parties believe that redactions are unnecessary, they shall so indicate within the seven-day

period.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated: July 2, 2024

2