IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

VERICOOL WORLD LLC,
     Plaintiff,

v.                                     Civil No. 1:23cv1761 (DJN)

TEMPERPACK TECHNOLOGIES, INC., and
TEMPERPACK VIRGINIA, INC.,
     Defendants.

## ORDER
### (Directing Jury Process)

This matter comes before the Court for pretrial management with trial scheduled to begin with jury selection on **May 30, 2025, at 10:00 a.m.** in courtroom 601 of the Alexandria Courthouse. At that time, the Court will select seven (7) jurors for the trial of this case.

Jury selection will proceed as follows. The Court will summonses forty-five (45) prospective jurors in three separate panels of fifteen (15) prospective jurors each to report at 9:30 a.m., 11:30 a.m. and 1:30 p.m., respectively. The Clerk shall randomize the list of jurors before creating the three panels. Additionally, the Clerk shall provide the lawyers for each side with a list of the jurors summoned in each panel no later than May 16, 2025.

For each panel, the Court will individually question prospective jurors. Following the individual questioning of each prospective juror, the parties will be provided with the opportunity to argue that the prospective juror should be stricken for cause, or the party may elect to use one of its peremptory strikes.[1] Any prospective juror not struck will become a

---

[1] The number of peremptory strikes provided for in Fed. R. Civ. P. 47 will serve as the maximum number of peremptory strikes that each party may use in the aggregate across all three panels.

member of the jury.  Any juror not selected will be excused.  No backstriking will be permitted.
This process will be repeated until seven (7) jurors have been selected.  Selected jurors will be
required to report to the Alexandria Courthouse on June 2, 2025, at 9:30 a.m., with opening
statements and the presentment of evidence to begin that day at 10:00 a.m.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____

David J. Novak
United States District Judge

Alexandria, Virginia
Date:  July 16, 2024

2