**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

VERICOOL WORLD LLC,

      Plaintiff,

  v.

TEMPERPACK TECHNOLOGIES, INC. and
TEMPERPACK VIRGINIA, INC.,

      Defendants.

Civil Action No. 1:23-cv-01761-DJN-JFA

## JOINT RULE 26(f) REPORT

On Friday, July 19, 2024, the parties held a conference as required by Rule 26(f) of the Federal Rules of Civil Procedures.

The parties met and conferred on the six issues identified in paragraph 4 of the Scheduling and Pretrial Order (Dkt. 54). The parties will be submitting a proposed ESI order and protective order addressing issues (1)-(4). With respect to issues (5) and (6), the parties agree that at this time there is no need for designation of an individual to act as a liaison for the party as to all electronic discovery or for periodic case management conferences.

In addition, the parties propose modifying the Court's deadlines with respect to service of expert reports as follows:

| Event Description | Existing Deadline (Dkt. No. 54) | Proposed Deadline |
|---|---|---|
| Burden of Proof Reports | November 15, 2024 (¶ 3(a)) | October 25, 2024 |
| Non-Burden of Proof Reports | November 20, 2024 (¶ 3(b)) | November 15, 2024 |

1

| Event Description | Existing Deadline (Dkt. No. 54) | Proposed Deadline |
|---|---|---|
| Rebuttal to Non-Burden of Proof Reports | December 2, 2024 (¶ 3 (c)) | November 25, 2024 |

The parties also agreed that absent good cause, no party needs to log documents withheld based on a claim of attorney-client privilege and/or the work product doctrine.

The parties further agreed that discovery requests need only be served by e-mail.

Finally, the parties were unable to reach agreement regarding expansion of the number of non-party depositions.  TemperPack anticipates needing at least 10 non-party depositions because of the many third-party witnesses who have relevant testimony and cannot be compelled to appear at the trial in this matter.  Vericool disagrees that there currently is a need for more than the five non-party depositions as permitted under the Scheduling and Pretrial Order (Dkt. 54 ¶ 6(g)), but has not foreclosed further compromise on this issue.  If the parties are unable to reach such a compromise, then TemperPack will seek appropriate relief with the Court.

Dated:  July 24, 2024

Respectfully submitted,

FISH & RICHARDSON P.C.

TROUTMAN PEPPER HAMILTON
   SANDERS LLP

By: */s/ Ahmed J. Davis*
   Ahmed J. Davis (Va. Bar No. 43982)
   adavis@fr.com
   FISH & RICHARDSON P.C.
   1000 Maine Avenue, S.W., Suite 1000
   Washington, DC 20024
   Tel: (202) 783-5070
   Fax: (202) 783-2331

By: */s/ Robert A. Angle*
   Robert A. Angle (VSB No. 37691)
   robert.angle@troutman.com
   Christopher J. Forstner (VSB No. 45375)
   christopher.forstner@troutman.com
   Laura Anne Kuykendall (VSB No. 82318)
   la.kuykendall@troutman.com
   TROUTMAN PEPPER HAMILTON
   SANDERS LLP

Leeron G. Kalay (*pro hac vice*)
kalay@fr.com
Katherine D. Prescott (*pro hac vice*)
prescott@fr.com
Jessica H. Wang (*pro hac vice*)
jwang@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel: (650) 839-5070
Fax: (650) 839-5071

Cheryl Wang (*pro hac vice*)
cwang@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070
Fax: (858) 678-5099

*Counsel for Plaintiff
Vericool World LLC*

1001 Haxall Point
Richmond, VA 23219
Phone: (804) 697-1200
Fax: (804) 698-5124

Eric M. Pettis (*pro hac vice*)
eric.pettis@troutman.com
TROUTMAN PEPPER HAMILTON
SANDERS LLP
600 Peachtree Street N.E., Suite 3000
Atlanta, GA 30308
Phone: (404) 885-3000
Fax: (804) 698-5124

*Counsel for Temperpack Technologies,
Inc. and Temperpack Virginia, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court on July 24, 2024 using the CM/ECF system which does send notification of such filing to all counsel of record.

/s/ Ahmed J. Davis

Ahmed J. Davis (Va. Bar No. 43982)
adavis@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW, Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

4