IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

VERICOOL WORLD LLC,
    Plaintiff,

v.                                       Civil No. 1:23cv1761 (DJN)

TEMPERPACK TECHNOLOGIES, INC.,
and TEMPERPACK VIRGINIA, INC.
    Defendants.

**ORDER**
**(Acknowledging Agreed Motion of Dismissal with Prejudice)**

This matter comes before the Court on Plaintiff Vericool World LLC and Defendants Temperpack Technologies, Inc. and Temperpack Virginia, Inc.'s Agreed Motion of Dismissal with Prejudice.[1] (ECF No. 119 ("Joint Motion").) The Court hereby ACKNOWLEDGES this voluntary dismissal of all claims and counterclaims with prejudice, and with each party to pay its attorneys' fees and costs.

The Court DIRECTS the Clerk's Office to close this case.

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                                         /s/
                                                  David J. Novak

Richmond, Virginia                   United States District Judge
Dated: September 15, 2025

---

[1] While the parties fail to specify which subsection of Federal Rule of Civil Procedure 41(a) their Joint Motion is pursuant to, the Court treats this Joint Motion as a stipulation of dismissal pursuant Rule 41(a)(1)(A)(ii), which provides that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Here, counsel for all parties signed the Joint Motion.